IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

DENNIS GREEN,

    Plaintiff,

v.

CRYSTAL DENISE HARMON, et al.,

    Defendants.

CIVIL ACTION NO.: 4:24-cv-125

**O R D E R**

After a careful de novo review of the entire record, the Court concurs with the Magistrate Judge's July 18, 2024, Report and Recommendation, (doc. 8), to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation as its opinion. (Doc. 8.) Plaintiff's Complaint is **DISMISSED**. (Doc. 1.) The Clerk is **DIRECTED** to **CLOSE** this case.

**SO ORDERED**, this 9th day of August, 2024.

R. STAN BAKER, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA